No. 5002.—DIEPPA, aplte., *v.* RIVERA, apldo.—C. D. Humacao. ▮▮▮▮▮▮▮▮▮ Julio 9, 1929.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

Vista la moción para desestimar, así como el escrito de oposición de la parte apelante; apareciendo que si bien dicha parte había dejado transcurrir dos veces un muy corto período de tiempo para presentar la exposición del caso, la radicó sin embargo dentro del último período concedídole; considerando que en lo general la apelante no ha faltado grandemente en el ejercicio de la debida diligencia, la corte, en uso de su discreción, autoriza a la Corte de Distrito de Humacao para que continúe en el trámite del procedimiento de aprobación de la exposición del caso.